CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

APR 2 0 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 7:13CR00045 |
| ) | (Civil Action No. 7:15CV80823) |
| v. ) | |
| ) | **FINAL ORDER** |
| ALLEN ROY OSBORNE, ) | |
| ) | By: Hon. Glen E. Conrad |
| Defendant. ) | Chief United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED AND ORDERED** as follows:

1. The government's motion to dismiss (ECF No. 120) is **GRANTED**;

2. Osborne's motion pursuant to 28 U.S.C. § 2255 (ECF No. 118) is **DISMISSED**;

3. This action shall be **STRICKEN** from the active docket of this court; and

4. Finding that Osborne has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 20th day of April, 2016.

/s/ Glen E. Conrad
Chief United States District Judge